**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN NELSON EDWARDS,<br><br>    Petitioner,<br><br>  vs.<br><br>PATTON STATE HOSPITAL, ET AL.,<br><br>    Respondent. | CASE NO. CV 10-04985 GAF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: September 3, 2010

                     GARY A. FEESS
                 UNITED STATES DISTRICT JUDGE