**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN NELSON EDWARDS, | CASE NO. CV 10-04985 GAF (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| PATTON STATE HOSPITAL, ET AL., | |
| Respondent. | |

This matter came before the Court on the Petition of BRIAN NELSON EDWARDS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 3, 2010

GARY A. FEESS
UNITED STATES DISTRICT JUDGE